UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 20-1705

JORGE LUIS VALAREZO-TIRADO,
Petitioner

v.

ATTORNEY GENERAL OF THE
UNITED STATES OF AMERICA

(Agency No. A208-449-401)

Present: SMITH, Chief Judge* , MCKEE, and AMBRO, Circuit Judges

1. Motion by Respondent to Amend Opinion

2. Response by Petitioner to Motion to Amend.

Respectfully,
Clerk/clw

_____ORDER_____
Upon considering the government's motion to amend the opinion that was previously filed in this matter on 8/27/21 and the Petitioner's Response to that Motion, the motion to amend is hereby granted in part and denied in part as reflected in the attached Opinion.

The Opinion previously filed on 7/23/21 is hereby vacated and the attached Opinion is filed in its place.

By the Court,

s/Theodore McKee
Circuit Judge

Dated: December 21, 2021
CLW/arr/cc: RDH; CWS; LLJ; ACM; ACP

_____

* Judge Smith was Chief Judge at the time this appeal was argued. Judge Smith completed his term as Chief Judge and assumed senior status on December 4, 2021.